SCRIBNER vs. DOSEMAN.

---

### James Scribner and Another vs. Albert Doseman.

Notice of special motions is in all cases necessary where the opposite party has appeared in the cause.

*Heard July 8th. Decided July 9th.*

Error to Kent Circuit.

*J. W. Longyear* moved to dismiss the writ of error for want of prosecution. No notice of the motion had been given.

The COURT held that, in all cases of special motions, notice must be given if the opposite party has appeared in the cause. A plaintiff in error is always in court, and always entitled to notice. Where he does not prosecute his writ by attorney, he is entitled to have notice served upon himself in the manner provided by the Rules. Defendant in error is only entitled to such notice after having appeared.